No. 569, Misc. IN RE LIPSCOMB. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* in opposition.

No. 663, Misc. EVANS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 673, Misc. MOSS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 725, Misc. FERRARA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 736, Misc. WITHRIDGE *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* for respondent.

No. 794, Misc. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 862, Misc. WILLIAMS *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 876, Misc. ARCHIE *v.* NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 924, Misc. GOWDY *v.* TAHASH, WARDEN. Sup. Ct. Minn. Certiorari denied. *John S. Connolly* for petitioner.

No. 964, Misc. SWAIN *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.